TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00288-CV

Mark R. Collins and Gary Verlinden, Individually and dba 

Collins, Verlinden & Associates, Appellants

v.

Mary Dodgen, Appellee

FROM THE DISTRICT COURT OF COMAL COUNTY, 274TH JUDICIAL DISTRICT

NO. C94-759C, HONORABLE JACK ROBISON, JUDGE PRESIDING

PER CURIAM

 The parties have filed an agreed motion for dismissal with prejudice. The motion
is granted. Tex. R. App. P. 59(a)(1)(A).

 The appeal is dismissed.

Before Chief Justice Carroll, Justices Jones and B. A. Smith

Dismissed on Agreed Motion

Filed: September 13, 1995

Do Not Publish